# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**234**
**KA 11-00678**
PRESENT: SCUDDER, P.J., CENTRA, PERADOTTO, LINDLEY, AND WHALEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                          MEMORANDUM AND ORDER

STEVEN T. O'NEIL, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

SHIRLEY A. GORMAN, BROCKPORT, FOR DEFENDANT-APPELLANT.

SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (SCOTT MYLES OF COUNSEL),
FOR RESPONDENT.

---

Appeal from a judgment of the Monroe County Court (Patricia D. Marks, J.), rendered September 13, 2010. The judgment convicted defendant, upon his plea of guilty, of grand larceny in the third degree, grand larceny in the fourth degree, criminal possession of stolen property in the third degree and criminal possession of stolen property in the fourth degree.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v O'Neil* ([appeal No. 1] ___ AD3d ___ [Mar. 20, 2015]).

Entered: March 20, 2015                          Frances E. Cafarell
                                                 Clerk of the Court